**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GINGER WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | **Case No.: 1:25-cv-01270-KAM-MMH**<br><br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the Plaintiff **GINGER WASHINGTON** and her counsel hereby give notice that the Plaintiff has resolved her claims against the Defendant **EQUIFAX INFORMATION SERVICES LLC** in the above-captioned action. The Plaintiff requests sixty (60) days to file a stipulation of dismissal or notice of voluntary dismissal of Plaintiff's claims as to the Defendant **EQUIFAX INFORMATION SERVICES LLC**.


Dated: September 29, 2025


Abel L. Pierre, Esq.
Law Office of Abel L. Pierre, PC
140 Broadway, 46th Floor
New York, NY 10005
(212) 766-3323
Email: abel@apierrelaw.com

*Counsel for Plaintiff*