**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GINGER WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | **Case No.: 1:25-cv-01270-KAM-MMH**<br><br><br>**<u>STIPULATION OF DISMISSAL</u>** |

Plaintiff **GINGER WASHINGTON** hereby voluntarily dismisses this action against Defendant **EQUIFAX INFORMATION SERVICES LLC** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorneys' fees to either party as against the other.

An executed faxed or electronic copy of this Stipulation shall be deemed as a signed original.

Dated: December 1, 2025

| | |
|---|---|
| _____<br>Abel L. Pierre, Esq.<br>Law Office of Abel L. Pierre, PC<br>165 Broadway, 23rd Floor<br>New York, NY 10006<br>Tel: (212) 766-3323<br>abel@apierrelaw.com<br>*Counsel for Plaintiff* | Heather H. Sharp, Esq.<br>Seyfarth Shaw LLP<br>1075 Peachtree Street NE, Suite 2500<br>Atlanta, GA 30309<br>Tel: (404) 885-1500<br>hsharp@seyfarth.com<br>*Counsel for Defendant Equifax Information Services LLC* |

1
